UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. KINCAID, )<br>      Plaintiff, )<br>          v. )<br>JEFFERSON B. SESSIONS, )<br>  Attorney General of the United States, )<br>THOMAS E. BRANDON, )<br>  Acting Director, Bureau of Alcohol, )<br>  Tobacco, Firearms and Explosives, )<br>      Defendant. ) | Civ. Action No. 17-1941 (RDM)<br><br>UNDER SEAL |

**PLAINTIFF'S NOTICE REGARDING STATUS OF PUBLIC FILING OF COMPLAINT**

Pursuant to the Court's Order of September 22, 2017, Plaintiff hereby advises the Court of the status of the parties' positions regarding the public filing of the Complaint in the above action. The parties have actively conferred for several weeks on this matter. Although they have not reached full agreement, the parties have reached considerable agreement about information contained in the Complaint that may be placed on the public record. There are, however, several categories of information contained in the Amended Complaint that Plaintiff takes the position should be made public, while Defendant does not.

Accordingly, together with this Notice, Plaintiff is submitting a Motion to Unseal, along with a redacted version of the Amended Complaint to be placed on the public record. As stated in that Motion, the redacted Amended Complaint reflects a compromise between the parties regarding information that they presently agree may be placed on the public record. In so filing, Plaintiff reserves the right move to unseal additional portions of the Amended Complaint without prejudice and at any point during the pendency of this action.

In addition, in accordance with the Court's Order of September 22, 2017 and after conferring, the parties have agreed upon the following proposed schedule to litigate remaining current disagreements about redactions in the public Amended Complaint [1]:

| | |
|---|---|
| Plaintiff's Motion: | January 12, 2018[2] |
| Defendant's Opposition: | February 2, 2018 |
| Plaintiff's Reply: | February 16, 2018 |

Respectfully submitted,

_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Charlene Bofinger, Esq.
  D.C. Bar No. 369979
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200
Counsel for Plaintiff

---

[1] In establishing this proposed schedule, Plaintiff does not waive the right to move to unseal additional portions of the Complaint at a later date in the event that additional information arises that changes Plaintiff's current position.

[2] Plaintiff respectfully proposes this date in order to allow her thirty days from the date of this Notice, plus an additional week in light of the upcoming holidays, to prepare her opening brief on this issue.