UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. KINCAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 17-1941 (RDM) |
| ) | |
| ) | |
| JAMES McHENRY, ) | |
|   Acting Attorney General of the United States, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 21, 2025, Minute Order, the parties to the above action respectfully submit this joint status report to apprise the Court of the parties' proposed pretrial schedule:

**Proposed Pretrial Schedule**

The Parties shall exchange witness lists, copies of all exhibits that may be offered into evidence, deposition designations, and voir dire/jury instructions/verdict forms on or before **June 18, 2025.**

The Parties shall exchange objections to witness lists, exhibits, deposition designations (plus any counter-designations), and identify any voir dire/jury instructions/verdict forms not agreed upon, on or before **July 3, 2025.**

The Parties shall submit and file a pretrial statement according to LCvR 16.5, which will also include and identify all agreed-upon and competing voir dire/jury instructions/verdict forms proposed by the parties, on or before **July 11, 2025.**

The Parties shall identify and solicit the other party's position on potential motions *in limine* on **July 11, 2025**.

The Parties shall file motions *in limine* on or before **July 18, 2025.**

The Parties shall file oppositions to motions *in limine* on or before **July 25, 2025,** with no replies permitted.

Pretrial conference to be held **August 1, 2025, at 10:00 AM.**

Jury Selection/Opening Jury Instructions to be held **August 8, 2025, at 9:00 AM.**

Opening Statements and Commencement of Evidentiary Proceedings to be held **August 11, 2025, at 9:00 AM.**

\*   \*   \*

Respectfully submitted,


 //s//
Robert C. Seldon, Esq.
 D.C. Bar No. 245100
Angela St. Pierre, Esq.
 D.C. Bar No. 90003026
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200

Counsel for Plaintiff


EDWARD R. MARTIN, JR., D.C. Bar. #481866
United States Attorney

BRIAN HUDAK
Chief, Civil Division

 /s/ Anna D. Walker
ANNA D. WALKER
Anna.walker@usdoj.gov
(202) 252-2544
BRENDA GONZÁLEZ HOROWITZ
Brenda.Gonzalez.Horowitz@usdoj.gov
(202) 252-2512
DOUGLAS DREIER
Douglas.Dreier@usdoj.gov
(202) 252-2551

Assistant United States Attorneys
Office for the District of Columbia, Civil Division
601 D Street, NW
Washington, D.C. 20530

Counsel for the United States


Date: January 30, 2025