# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA M. KINCAID,

      Plaintiff,

  v.

PAMELA JO BONDI,
  Attorney General of the United States,

      Defendant.

Civil Action No. 17-1941 (RDM)

## DEFENDANT'S WITNESS LIST

1.    Tom Chittum

Mr. Chittum was the Special Agent in Charge for the Agency's International Affairs Division ("Internal Affairs") during portions of the time relevant to this case until October 2014. Mr. Chittum will testify about Internal Affairs investigations conducted by Plaintiff while he was the Special Agent in Charge for that division and served as one of Plaintiff's supervisors. He will also testify regarding the procedures for conducting investigations within Internal Affairs.

Hours of Testimony Estimated: 3

2.    Melvin King

From April 2015 until when Plaintiff left Internal Affairs, Mr. King was Assistant Director for the Agency's Office of Professional Responsibility and Security Operations ("Office of Professional Responsibility"). Mr. King will testify about his decision to reassign Plaintiff from Internal Affairs. Mr. King may also testify about Charles Smith's and Billy Wright's discipline if evidence of Mr. Smith's and/or Mr. Wright's discipline is made part of evidence, which Defendant will oppose.

Hours of Testimony Estimated: 3

3. Michael Gleysteen

From November 2012 until April 2015, Mr. Gleysteen was the Assistant Director for the Agency's Office of Professional Responsibility and from April 2015 through when Plaintiff transferred out of Internal Affairs, Mr. Gleysteen was the Assistant Director for the Agency's Office of Field Operations. Mr. Gleysteen will testify about Internal Affairs investigations conducted by Plaintiff while he was the Assistant Director for the Agency's Office of Professional Responsibility. Mr. Gleysteen will also testify about his decision to reassign Plaintiff to a Program Manager position with the Field Management Staff. Mr. Gleysteen may also testify about Charles Smith's and Billy Wright's discipline if evidence of Mr. Smith's and/or Mr. Wright's discipline is made part of evidence, which Defendant will oppose.

Hours of Testimony Estimated: 3

4. Daryl McCrary

From June 2015 until when Kincaid left Internal Affairs, Daryl McCrary served as Deputy Assistant Director to the Office of Professional Responsibility. Mr. McCrary will testify regarding the decision to reassign Plaintiff from Internal Affairs.

Hours of Testimony Estimated: 2

5. Tom Murray

From November 2014 to when Kincaid left Internal Affairs, Mr. Murray was the Special Agent in Charge for Internal Affairs. Mr. Murray will testify regarding the decision to reassign Plaintiff from Internal Affairs.

Hours of Testimony Estimated: 2

6. Francisco Arredondo

From November 2015 to when Plaintiff left Internal Affairs, Mr. Arredondo was an Assistant Special Agent in Charge for the Internal Affairs. Mr. Arredondo will testify regarding the decision to reassign Plaintiff from Internal Affairs.

Hours of Testimony Estimated: 2

7. Dan Machonis

Until Spring 2015, Mr. Machonis was Plaintiff's first-line supervisor and Assistant Special Agent in Charge for Internal Affairs. If called to testify, Mr. Machonis will testify about Internal Affairs investigations conducted by Plaintiff.

Hours of Testimony Estimated: 1

8. Joel Roessner

During portions of time relevant to this case, Ms. Roessner was the Deputy Assistant Director for the Agency's Office of Professional Responsibility. If called to testify, Mr. Roessner will testify about Internal Affairs investigations conducted by Plaintiff.

Hours of Testimony Estimated: 1

9. CJ Hyman

During portions of the time relevant to this case, Christopher Hyman was Special Agent in Charge for the Charlotte Field Division. If called to testify, Mr. Hyman will testify to the selection decision for the Resident Agent in Charge position in Columbia, South Carolina.

Hours of Testimony Estimated: 1

10. Arthur Peralta

From Spring 2015 to September 2015, Mr. Peralta was Plaintiff's first-line supervisor and Assistant Special Agent in Charge for Internal Affairs. Prior to that, Mr. Peralta was a Special

Agent in Internal Affairs. Mr. Peralta will testify about his knowledge of Internal Affairs investigations conducted by Plaintiff while he was assigned to the Agency's Internal Affairs. Mr. Peralta also has knowledge of his background and qualification for his selection as ASAC for the Agency's Internal Affairs.

Hours of Testimony Estimated: 1

11.     Defendant also reserves the right to call any of Plaintiff's witnesses to which Defendant has not otherwise objected or whose testimony has not been excluded pursuant to any pretrial rulings.