UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA M. KINCAID,<br><br>Plaintiff,<br><br>v.<br><br>PAM BONDI,<br>Attorney General of the United States,<br><br>Defendant. | Civ. Action No. 17-1941 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 17, 2025 Minute Order, the parties to the above action submit this joint status report "proposing trial dates, indicating the number of days the parties will need for trial, and proposing a schedule for pretrial submissions." Nov. 17, 2025 Min. Order:

**Proposed Trial Dates and Length of Trial**

The parties propose this case be set for a retrial to begin on April 27, 2026. Based on their experience in the original trial, the parties project that eight days will be needed from the commencement of trial until the jury retires on or about the morning of May 7, 2026.

**Proposed Pretrial Schedule**

The parties are conferring on details for a proposed pretrial schedule, and respectfully request to file a further joint status report, providing the Court with that proposed schedule by December 19, 2025.

* * *

Respectfully submitted,

_//s//_____________
Robert C. Seldon, Esq.
D.C. Bar No. 245100
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200

_//s// Richard A. Salzman, Esq.____________
D.C. Bar no. 422497
Heller, Huron, Chertkof & Salzman, PLLC
1730 M Street, NW
Suite 412
Washington, D.C. 20036
(202) 293-8090

*Counsel for Plaintiff*

JEANINE FERRIS PIRROR
United States Attorney

_*/s/ Anna D. Walker*_________
ANNA D. WALKER, D.C. Bar No. 90037215
Anna.walker@usdoj.gov
(202) 252-2544
BRENDA GONZÁLEZ HOROWITZ
Brenda.Gonzalez.Horowitz@usdoj.gov
(202) 252-2512

Assistant United States Attorneys
Office for the District of Columbia, Civil Division
601 D Street, NW
Washington, D.C. 20530

*Counsel for the United States*

Date: December 15, 2025